Case 5:21-cv-06756-NC   Document 20   Filed 03/10

FILED

Mar 10 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RAJVIR SINGH GILLON, an individual;<br><br>　　　　Defendants. | Case No.: 5:21-cv-06756-NC<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>[Hon. Nathanael Cousins presiding] |

**ORDER**
5:21-CV-06756-NC

1
2      Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause
3  appearing therefore, IT IS HEREBY ORDERED that the Defendant shall be dismissed with
4  prejudice in the above-captioned action.  Each party shall bear his or its own costs and attorney's
5  fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated:  March 10, 2022

_____
Hon. Nathanael Cousins
Judge, United States District Court,
Northern District of California